UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

____________________________________X

SHERRIE DEANDA,

Plaintiff,

-against-

TIMOTHY HICKS, ANGELA CAPORALE
ROBERT PAVONE, AND WILLIAM THOMAS
IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES
AS A POLICE OFFICERS OF THE
COUNTY OF WESTCHESTER,

Defendants.

____________________________________X

**DECLARATION IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Case No.: 13-cv-1203 (KMK)

TARYN A. CHAPMAN-LANGRIN, an Attorney duly admitted to practice before the United States District Court for the Southern District of New York, hereby declares pursuant to 28 U.S.C. Section 1746:

1. I am a Senior Assistant County Attorney in the Office of Robert F. Meehan, Westchester County Attorney, Attorney for Defendant Police Officers Timothy Hicks, Angela Caporale, Robert Pavone, and William Thomas, in their official and individual capacity as Police Officers of the County of Westchester, (hereinafter referred to collectively as "Defendants"). I make this Declaration in Support of the Defendants' motion for Summary Judgment pursuant to Rule 56(c) of the Federal Rules of Civil Procedure.
2. This Motion is based upon Plaintiff's failure to establish as a matter of law the existence of cognizable claims as referenced in the third amended complaint of the above-referenced action.

3. Exhibit "A" is the 50-h transcript of plaintiff Sherrie Deanda.
4. Exhibit "B" is the third amended complaint.
5. Exhibit "C" is the Defendants' Answer to the third amended complaint.
6. Exhibit "D" is the deposition transcript of plaintiff Sherrie Deanda.
7. Exhibit "E" is the deposition transcript of Police Officer Timothy Hicks.
8. Exhibit "F" is the deposition transcript of Police Officer Angela Caporale.
9. Exhibit "G" is the deposition transcript of Police Officer Robert Pavone.
10. Exhibit "H" is the deposition transcript of Police Officer William Thomas.
11. Exhibit "I" is the deposition transcript of non-party witness, Paula Fontanette.
12. Exhibit "J" is the video from the police vehicle of Officer Angela Caporale.
13. Exhibit K is the incident report authored by Police Officer Timothy Hicks.
14. Exhibit "L" is the Statement of Paula Fontanette.
15. Exhibit "M" is the Department of Public Safety's General Order #48.02 regarding inventories of vehicles.
16. Exhibit "N" is Defendant Hicks' affidavit.
17. Exhibit "O" is Defendant Caporale's affidavit.
18. Exhibit "P" is Defendant Pavone's affidavit.
19. Exhibit "Q" is Defendant Thomas' affidavit.
20. Exhibit "R" is Officer Pavone's Supplemental Report.
21. Exhibit "S" are the vouchered items from the inventory of plaintiff's vehicle.
22. Exhibit "T" are various correspondences from William Aronwald, plaintiff's Attorney, to District Attorney Paul Stein.

23. Exhibit "U" are the photographs of the prescription pill bottles of oxycodone pills belonging to Paula Fontanette and Tramadol pills belonging to plaintiff, taken by Police Officer Grasso at Headquarters on June 25, 2012 at the request of the District Attorney.

As discussed in the accompanying Memorandum of Law, which is incorporated by reference herein, the Third Amended Complaint should be dismissed in its entirety.

I declare under penalty of perjury, that the foregoing is true and correct.

Executed on

July 17, 2014

TARYN A. CHAPMAN-LANGRIN
(TAL 1221)